IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Criminal Action No. 14-CR-00308-RBJ

UNITED STATES OF AMERICA,

v.

MOISES HERNANDEZ-NATARAN,

      Defendant.

ORDER SETTING TRIAL, DATES AND DEADLINES

      This matter has been scheduled for a **three day jury trial** on the docket of Judge R. Brooke Jackson in the Alfred A. Arraj U.S. District Courthouse, Courtroom A902, 9th Floor, 901 19th Street, Denver, Colorado, to commence **September 15, 2014 at 9:00 a.m.** It is

      ORDERED that all pretrial motions shall be filed by **August 28, 2014** and responses to these motions shall be filed by **September 10, 2014.** It is further

      ORDERED that counsel shall jointly contact Chambers by telephone at (303) 844-4694 or by email at Jackson_chambers@cod.uscourts.gov **within 5 days after filing of pre-trial motions** to set the case for Motions Hearing. It is further

      For additional information, please review my practice standards located at www.cod.uscourts.gov/Judges/Judges.aspx.

      If the parties reach a disposition, the deadline for submitting the plea agreement and statement of facts relevant to sentencing and the statement by defendant in advance of plea of guilty is 48 hours prior to the Change of Plea Hearing.

      DATED this 13th day of August, 2014.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge